## T. E. SMITH v. STATE.

No. A-1296.    Opinion Filed February 3, 1912.

(120 Pac. 1031.)

INTOXICATING LIQUORS — Illegal Sale — Evidence.    Where the information charges that appellant sold whisky, beer, wine, and ale, a conviction will not be sustained upon the proof of the sale of patent medicine.    In other words, where an information charges a specific offense, defendant cannot be convicted of another offense.

(Syllabus by the Court.)

*Appeal from Garvin County Court;*
*W. B. M. Mitchell, Judge.*

T. E. Smith was convicted of violating the prohibitory law, and brings error. Reversed and remanded.

*R. E. Bowling* and *Thompson & Patterson,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, P. J.    In this case, the information charged appellant with having sold whisky, beer, wine, and ale. The testimony was that defendant sold a patent medicine, known as "American Elixir." It is a fundamental principle of justice and law that a defendant cannot be charged with one offense and convicted of another. There was therefore a fatal variance between the allegations in the information and the testimony in this case. If the information had charged that appellant had sold a patent medicine, known as "American Elixir," and that the same was intoxicating, or that it was used as a substitute for intoxicating liquor, and that it contained as much as one-half of one per cent. alcohol, and the proof had shown that such patent medicine came within the provisions of the prohibitory liquor law, then a case would have been made against appellant.

The Attorney General has filed a confession of error in this case. The confession of error is sustained. The judgment of

the lower court is reversed, and the cause is remanded for a new trial.

ARMSTRONG and DOYLE, JJ., concur.